# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

William R. Rongey
                                          Plaintiff,

v.                                                                     Case No.: 1:18−cv−04613
                                                                          Honorable Jorge L. Alonso

Anselmo Lindberg & Associates LLC
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 25, 2018:

       MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 3/5/19 at 9:30 a.m. Parties' MIDP disclosures shall be served by 10/12/18. All fact discovery shall be noticed in time to be completed by 2/25/19. This case is referred to the magistrate judge for discovery supervision, with authority to extend deadlines, and a settlement conference. Notices mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.