IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM R. RONGEY, individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>ANSELMO LINDBERG & ASSOCIATES LLC,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-04613<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>JOINT MOTION FOR CONFIDENTIALITY ORDER</u>**

      Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff William R. Rongey ("Plaintiff") and Defendant Anselmo Lindberg & Associates, LLC ("Defendant") respectfully move this Honorable Court, jointly, for an order entering the Agreed Confidentiality Order attached to this motion as an exhibit. At this time, Plaintiff and Defendant believe that certain documents and information sought in pretrial discovery may be of a confidential or proprietary nature. Specifically, documents reflecting financial, personal, or proprietary business information may be produced or disclosed. Accordingly, Plaintiff and Defendant jointly submit that entry of the Agreed Confidentiality Order attached hereto as Exhibit A is warranted. This Joint Motion is not made for any purposes of delay but rather in the interest of justice and judicial economy.

Respectfully submitted, Respectfully submitted,

Sulaiman Law Group, Ltd. Hinshaw & Culbertson, LLP


*/s/ Mohammed O. Badwan (with consent)* */s/ Louis J. Manetti, Jr.*_____
One of the Attorneys for Plaintiff One of the Attorneys for Defendant



Mohammed O. Badwan, Esq. David M. Schultz
Sulaiman Law Group, Ltd. Louis J. Manetti, Jr.
Attorneys At Law Hinshaw & Culbertson LLP
2500 S. Highland Ave. 151 North Franklin St., Suite 2500
Suite 200 Chicago, IL 60606
Lombard, Illinois 60148 Telephone: 312-704-3000
Direct Line (630) 575 - 8180 Facsimile: 312-704-3001
Fax (630) 575 - 8188 dschultz@hinshawlaw.com
Email: mbadwan@sulaimanlaw.com lmanetti@hinishawlaw.com

303056039v1 1012118

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on January 15, 2019, via the Court Clerk's CM/ECF system which will provide notice to all counsel of record.


/s/ *Louis J. Manetti, Jr.*

303056039v1 1012118