# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

William R. Rongey

                     Plaintiff,

v.                                                      Case No.: 1:18−cv−04613
                                                        Honorable Jorge L. Alonso

Anselmo Lindberg & Associates LLC

                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 20, 2019:

      MINUTE entry before the Honorable Jeffrey Cummings:The parties' joint motion to modify discovery deadlines [32] is granted. Fact discovery will close on 4/5/19. Motion hearing and status hearing scheduled for 2/26/19 are stricken; no appearance is necessary on that date. Status hearing scheduled for 3/28/19 at 10:00 a.m.(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.