# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

William R. Rongey

          Plaintiff,

v.                 Case No.: 1:18−cv−04613
                Honorable Jorge L. Alonso

Anselmo Lindberg & Associates LLC

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2019:

  MINUTE entry before the Honorable Gabriel A. Fuentes: Status hearing held. The parties report that plaintiff has accepted an offer of judgment on the case and that they will be filing a motion for attorneys' fees before the district judge. All matters subject to the referral having been concluded, the referral is hereby terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.