# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM R. RONGEY, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANSELMO LINDBERG & ASSOCIATES LLC, <br><br> Defendant. | Case No. 1:18-cv-04613 |

## RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, ANSELMO LINDBERG & ASSOCIATES LLC, by and through its attorneys David M. Schultz and Louis J. Manetti, Jr. of Hinshaw & Culbertson LLP, hereby offers to allow judgment to be entered against it in this action, and states as follows:

1. Judgment shall be entered against Defendant in the amount of $1,100.00 as to Plaintiff individually arising from all of Plaintiff's claims against Defendant as alleged in Plaintiff's Complaint.

2. Judgment shall also be entered against Defendant for reasonable attorneys' fees and costs incurred as agreed upon among the parties, and if no agreement can be made, as determined by the Court.

3. If accepted, judgment will be entered in Plaintiff's favor and this case will be terminated with prejudice as to all of Plaintiff's claims and without prejudice as to the claims of the putative class members.

4. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure.

Dated: July 23, 2019

Respectfully submitted,

ANSELMO LINDBERG & ASSOCIATES LLC, DEFENDANT

/s/Louis J. Manetti, Jr.
Louis J. Manetti, Jr.

David M. Schultz
Louis J. Manetti, Jr.
Hinshaw & Culbertson LLP
151 North Franklin St., Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
E-mail: dschultz@hinshawlaw.com
E-mail: lmanetti@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that that a copy of the **Defendant's Rule 68 Offer of Judgment** was served via Electronic Mail, Facsimile, and U.S. Mail, First Class, on July 23, 2019, to the following counsel of record:

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Direct Line (630) 575 - 8180
Fax (630) 575 - 8188
Email: mbadwan@sulaimanlaw.com

/s/ Louis J. Manetti, Jr.